UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| WM TURNBAUGH CONSTRUCTION, INC. A FLORIDA CORPORATION, FOR ITSELF AND AS THE ASSIGNEE OF THE CITY OF PALM BAY,<br>    Plaintiff<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC. F/K/A SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY, A FOREIGN CORPORATION,<br>    Defendant. | CASE NO. 6:08-CV-1398-ORL-19-DAB |

### MOTION TO DISMISS MOVANT, RANGER CONSTRUCTION INDUSTRIES, INC.

**COMES NOW**, Ranger Construction Industries, Inc. ("Ranger") by and through its undersigned counsel and moves to dismiss Ranger from the case without prejudice.

1. Defendant, BellSouth ("**Defendant**") subpoenaed Ranger's files in relation to the project involved in this case. Ranger provided most of its file, but objected to providing Ranger's proprietary internal pricing. Upon learning Ranger only provided a price quote and **did not perform any work on a project**, Defendant withdrew its subpoena duce tecum without prejudice.

2. Ranger is merely a **"movant"** challenging a subpoena. The subpoena was withdrawn and is no longer applicable. Ranger does not have an interest in the outcome of the case.

3. Ranger moves to be dismissed from the case, without prejudice.

CASE NO. 6:08-CV-1398-ORL-19-DAB

Respectfully Submitted,

**RANGER CONSTRUCTION INDUSTRIES, INC.**
P.O. Box 15065
West Palm Beach, FL 33416-5065
Phone: 561-793-2102
Fax: 561-798-3778

By: _____
**Mark W.S. Young**
Fla. Bar No. 0048822

CASE NO. 6:08-CV-1398-ORL-19-DAB

**Defendant, Bell South** does not object to Ranger Construction Industries, Inc. being dismissed from this case (without prejudice). Plaintiff or Defendant can subpoena Ranger in the future if Plaintiff or Defendant deem appropriate.

_____
Scott A. Markowitz, Esq.    Date 2-26-09
ATTORNEY FOR DEFENDANT, BELL SOUTH

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| WM TURNBAUGH CONSTRUCTION, INC. A FLORIDA CORPORATION, FOR ITSELF AND AS THE ASSIGNEE OF THE CITY OF PALM BAY,<br>  Plaintiff<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC. F/K/A SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY, A FOREIGN CORPORATION,<br>  Defendant. | CASE NO. 6:08-CV-1398-ORL-19-DAB |

## ORDER ON MOTION TO DISMISS MOVANT, RANGER CONSTRUCTION INDUSTRIES, INC.

THIS CAUSE having come before this Honorable Court, Ranger Construction Industries, Inc. appeared as a Movant challenging a subpoena duce tecum and Ranger provided a portion of the requested documents and Defendant subsequently withdrew the subpoena. Ranger moved to be dismissed from the case without prejudice. Based upon agreement by counsel and the court being otherwise advised in the premises, it is hereby:

    **ORDERED** that **Ranger Construction Industries, Inc. is dismissed** from this case, **without prejudice.**

    **DONE AND ORDERED** in Chambers, in Orlando, Orange County, Florida, this _____ day of _____, 2009.

_____
PRESIDING JUDGE

CASE NO. 6:08-CV-1398-ORL-19-DAB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that as of **June 24, 2009** I caused an electronically filed copy of the foregoing document to the Clerk of the Court using CM/ECF and that the foregoing via Notices of Electrnic Filing generated by CM/ECF.

_____
Mark W.S. Young